■ JAMES YOUNG, Appellant, v LONG ISLAND UNIVERSITY et al., Respondents. [746 NYS2d 390]

Upon the papers filed in support of the cross motion, and upon the argument of the appeal, it is

Ordered that the branch of the cross motion which was to dismiss the appeal is denied (*see Herd v Town of Pawling,* 244 AD2d 317). Santucci, J.P., S. Miller, Goldstein and Townes, JJ., concur.